UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
BLAKE YOUNG, :
                              Petitioner, :
: 23 Civ. 11151 (LGS)
            -against- :
: ORDER
MERIT SYSTEMS PROTECTIO BOARD, :
                         Respondent. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the present action was initiated on December 12, 2023, after Plaintiff's petition was transferred from the United States Court of Appeals for the Federal Circuit, which determined that it lacked jurisdiction. Although the Petition that Petitioner filed to the Federal Circuit is on the docket, there is no operative Complaint in this matter;

    WHEREAS, Federal Rule of Civil Procedure 3 states, "A civil action is commenced by filing a complaint with the court." Federal Rule 8(a) states that the complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief;"

    WHEREAS, the initial pre-trial conference in this matter is scheduled for March 13, 2024. It is hereby

    **ORDERED** that Plaintiff shall file a Complaint in this matter, consistent with the Federal Rules of Civil Procedure, no later than **April 19, 2024**. Failure to do so may result in dismissal for failure to prosecute. It is further

    **ORDERED** that Defendant shall answer, move or otherwise respond to the Complaint by **May 10, 2024**. It is further

**ORDERED** that the initial pre-trial conference in this matter is adjourned to **May 8, 2024, at 4:20 P.M.**  The parties shall file the materials described in the Order at Dkt. 4 no later than May 1, 2024.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address listed on ECF.

Dated: March 6, 2024
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE
