UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
BLAKE YOUNG, :
                            Petitioner, :
: 23 Civ. 11151 (LGS)
        -against- :
: ORDER
MERIT SYSTEMS PROTECTION BOARD, :
                            Respondent. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated July 10, 2024, required that the parties file their joint letter and proposed case management plan and scheduling order, as described at Dkt. 4, by August 9, 2024.

    WHEREAS, on August 9, 2024, Defendant filed a letter regarding a proposed motion to dismiss, but the parties did not file the joint letter or proposed case management plan and scheduling order.

    WHEREAS, the initial pre-trial conference in this matter is scheduled for August 21, 2024, at 4:20pm. It is hereby

    **ORDERED** that Defendant shall file the joint letter and proposed case management and scheduling order by **August 19, 2024**. Defendant shall endeavor to get Plaintiff's input on the materials but should file them in any event by August 19, 2024.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address listed on ECF.

Dated: August 15, 2024
       New York, New York

                                                 LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**