UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  X
                                                              :
BLAKE YOUNG,                                                  :
                                           Petitioner,        :
                                                              :       23 Civ. 11151 (LGS)
                   -against-                                  :
                                                              :              ORDER
MERIT SYSTEMS PROTECTION BOARD,                               :
                                           Respondent.        :
                                                              :
------------------------------------------------------------  X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the April 30, 2025, Order granted the Government's motion to dismiss for lack of subject matter jurisdiction. *See* Dkt. No. 37. The Order specified that if Plaintiff believes he can cure the deficiencies in the Complaint, he should seek permission to file an amended complaint by May 30, 2025. *Id*.

WHEREAS, nothing has been filed on the docket since May 5, 2025. It is hereby,

**ORDERED** that, in accordance with Dkt. No. 37, Plaintiff's petition to enforce the arbitration decision will be dismissed without prejudice, and Plaintiff's racial discrimination claim will be dismissed with prejudice.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Petitioner, and to close the case.

Dated: June 9, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE